UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 13, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:11-cr-00511 JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| W. THEODORE LONGLEY, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release W. Theodore Longley; Case 2:11-cr-00511 JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of $200,000.00, co-signed by defendant's wife.

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on   12/13/2011   at   3:45  .

By _____
Kendall J. Newman
United States Magistrate Judge