IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>W. THEODORE LONGLEY,<br><br>        Defendant.<br>_____ | No. 2: 11 - cr - 511 EJG-DAD<br><br>**ORDER RE DEFENDANT LONGLEY'S MOTION FOR BILL OF PARTICULARS** |

At the November 1, 2012 hearing on Defendant Longley's Motion for a Bill of Particulars and in Plaintiff United States' letter dated November 21, 2012, filed with the court, Plaintiff provided additional information with respect to its theory of the case and the list of properties at issue in this case.  Defendant Longley, though counsel, has agreed that this information addresses the concerns raised in his motion and at the hearing.

IT IS HEREBY ORDERED, therefore, that Defendant Longley's Motion for a Bill of Particulars is denied as moot.

DATED: November 21, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
longley0511.ord.bop