ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW B. KATAKIS,<br>DONALD M. PARKER, and<br>W. THEODORE LONGLEY,<br><br>　　　　Defendants. | Case No. 2:11-CR-511-WBS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE EARLY PRODUCTION OF GRAND JURY TESTIMONY**<br><br>Judge: Hon. William B. Shubb<br>Place: Courtroom 5<br><br>Trial Date: January 28, 2014 |

## STIPULATION

　　　　The United States, through its attorneys, and the defendants, Andrew B. Katakis, Donald M. Parker, and W. Theodore Longley, through their counsel, hereby stipulate to the following:

　　　　1.　　This matter is currently set for trial before this Court on January 28, 2014.

　　　　2.　　The United States intends to call numerous individuals in its case-in-chief.

　　　　3.　　To the extent that any of these witnesses testified before the Grand Jury, the transcripts of their testimony would fall within the provisions of the Jencks Act, 18 U.S.C. § 3500, *et seq*.

UNITED STATES' STIP. AND PROPOSED ORDER　　1

4. In order to facilitate the efficient presentation of evidence by both parties, the parties believe it is in the interests of justice to permit early disclosure of any Grand Jury testimony subject to the Jencks Act.

5. Accordingly, the parties hereby agree that pursuant to Rule 6(e)(3)(E)(1) of the Federal Rules of Criminal Procedure and upon order of the Court, a proposed version of which is attached, the United States shall be permitted to produce to counsel for the defendants a copy of any Grand Jury testimony of any witness that the United States intends to call as a witness in its case-in-chief.

6. The parties further agree and stipulate that any such Grand Jury transcripts produced by the United States shall be used only with respect to the above-captioned criminal trial, and counsel for the defendants shall not disclose or provide copies of such transcripts, or summaries of their contents, to any individuals other than the defendants or any individuals that counsel has retained for the defense in this case. Nothing in this provision limits the ability of counsel to use the transcripts, or portions thereof, in official proceedings before this Court, including trial.

IT IS SO STIPULATED.

Dated:        January 15, 2014                    Respectfully submitted,

/s/ Anna Tryon Pletcher
Anna Tryon Pletcher
Tai S. Milder
May Lee Heye
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division

/s/ Paul J. Pfingst
PAUL J. PFINGST*
Counsel for ANDREW B. KATAKIS

/s/ Scott L. Tedmon
SCOTT L. TEDMON*
Counsel for DONALD M. PARKER

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON*
Counsel for W. THEODORE LONGLEY

*Signed with permission

## ORDER

This matter came before the Court on the parties' Stipulation for Early Production of Grand Jury Testimony. For the reasons stated in the Stipulation, and for good cause appearing, the Court HEREBY ORDERS THAT, pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, the United States is permitted to produce to defendants copies of the transcripts of any Grand Jury testimony by any witness the United States presently intends to call as a witness at trial.

IT IS SO ORDERED.

Dated: January 16, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE