ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10–0101
San Francisco, California  94102–3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREW B. KATAKIS,<br>DONALD M. PARKER, and<br>W. THEODORE LONGLEY,<br><br>   Defendants. | Case No. 2:11–CR–511–WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ADMITTING EXHIBITS INTO EVIDENCE<br><br>Trial Date: February 4, 2014<br>Time: 9:00 AM<br>Judge: Hon. William B. Shubb<br>Place: Courtroom 5 |

PURSUANT TO STIPULATION BY THE PARTIES by the undersigned counsel, the following exhibits are admitted in evidence:  Government Exhibits 909, 914, 918, 926, 931, 941, 943–945, 947, 953, 954, 959, 963, 967, 968, 979, 985–988, 991, 994–996, 1001, 1002, 1004–1007, 1009, 1010–1014, 1016, 1017, 1019, 1021–1025, 1027–1033, 1035, 1037, 1038, 1044–1048, 1050–1058, 1060–1063, 1066, 1068–1072, 1074–1077, 1080, 1081, 1093, 1097, 1098, 1100, 1101, 1104, 1106, 1107, 1111–1113, 1115, 1116, 1119, 1121–1124, 1126, 1131–1133, 1135, 1136, 1138, 1139, 1141–1150, 1154, 1157, 1159, 1161, 1162, 1166, 1168, 1170–1173, 1176, 1178, 1179, 1181, 1183–1186, 1188, 1190, 1192, 1194, 1195, 1198–1202, 1204, 1205,

1207, 1242, 1243, 1250–1285, 1309, 1315, 1317, 1330, 1344, 1346–1350, 1352, 1354, 1355, 1361–1363, 1365, 1367–1386, 1388–1444, 1450, 1454, 1456, 1461, 1462, 1465–1469, 1471, 1472, 1474–1478, 1480–1483, 1501–1508, 1510, 1511, 1513–1525, 1527–1531, 1533, 1554, 1564, 1566, 1567, 1570, 1571, 1572, 1574–1577, 1580, 1582, 1584–1600, 1602–1626, 1628–1635, 1800, 1801, 1804, 1808–1820, 1822–1827, 1830–1832, 2260, 2261, 2262, 2265–2267, 2303–2306, 2340–2354, and 2427–2605.

IT IS SO STIPULATED:

Dated:  February 24, 2014

/s Anna Tryon Pletcher
Anna Tryon Pletcher
Tai S. Milder
May Lee Heye
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division

IT IS SO STIPULATED:

Dated:  February 24, 2014

/s Paul J. Pfingst
Paul J. Pfingst
Victor N. Pippins
Higgs, Fletcher & Mack

Counsel for Defendant
Andrew B. Katakis

IT IS SO STIPULATED:

Dated: February 24, 2014

/s Matthew Bockmon
Matthew Bockmon, AFD
Office of the Federal Defender

Counsel for Defendant
W. Theodore Longley

STIPULATION AND [PROPOSED] ORDER
ADMITTING EXHIBITS                                    2

1  IT IS SO STIPULATED:
2  Dated:  February 24, 2014

/s Scott L. Tedmon
3  Scott L. Tedmon
LAW OFFICES OF SCOTT L. TEDMON

Counsel for Defendant
Donald M. Parker

6  IT IS SO ORDERED:

8  Dated:  February 25, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
ADMITTING EXHIBITS                                3