# United States District Court
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT OF DISCHARGE IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| W. THEODORE LONGLEY | Case Number: **2:11CR00511-05** |
| | Matthew Bockmon, Matthew Scoble, Asst. Federal Defenders |
| | Defendant's Attorney |

**THE DEFENDANT:**

[ ] pleaded guilty to count(s): __.
[ ] pleaded nolo contendere to counts(s) __ which was accepted by the court.
[ ] was found guilty on count(s)_ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 15 USC 1 | Big Rigging | October 2009 | 1 |
| 18 USC 1349 | Conspiracy to Commit Mail Fraud | October 2009 | 2 |

The defendant is sentenced as provided in pages 2 through 1 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔] The defendant has been found not guilty on counts(s) 1 and 2 of the Superseding Indictment and is discharged as to such count(s).

[] Count(s) _ (is)(are) dismissed on the motion of the United States.

[] Indictment is to be dismissed by District Court on motion of the United States.

[] Appeal rights given.          [] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 11, 2014
Date of Imposition of Judgment

*[signature: William B. Shubb]*
Signature of Judicial Officer

WILLIAM B. SHUBB
Senior United States District Judge
Name & Title of Judicial Officer

March 12, 2014
Date