ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 436-6660

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS,<br>DONALD M. PARKER, and<br>W. THEODORE LONGLEY,<br><br>Defendants. | Case No. 2:11-CR-511-05 WBS<br><br>**UNITED STATES' MOTION TO DISMISS CHARGES AND [PROPOSED] ORDER**<br><br>Judge: Hon. William B. Shubb<br>Place: Courtroom 5<br><br>Trial Date: February 4, 2014 |

Defendant W. Theodore Longley was found not guilty of Count One, conspiracy in violation of the Sherman Antitrust Act, section 1 of Title 18 of the United States Code, and not guilty of Count Two, conspiracy to commit mail fraud in violation of section 1349 of Title 18 of the United States Code. Both charges were contained in the Superseding Indictment. Doc. 136. Therefore, the United States moves to dismiss the charges against defendant W. Theodore Longley contained in the underlying Indictment. Doc. 1.

Dated:          March 11, 2014                    Respectfully submitted,

/s/ Kelsey C. Linnett
Anna Tryon Pletcher
Tai S. Milder
May Lee Heye
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division

**ORDER**

For the reasons stated above, the charges in the underlying Indictment against defendant W. Theodore Longley are hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:  March 12, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE